UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | CRIMINAL NO. H-13-527-S |
| CARMEN M. LECHIN | § | |

## SUPERSEDING INDICTMENT

United States District Court
Southern District of Texas
FILED

THE GRAND JURY CHARGES THAT:

APR 0 8 2015

David J. Bradley, Clerk of Court

## COUNT ONE

On or about June 6, 2013, in the special aircraft jurisdiction of the United States, and elsewhere, the defendant,

**CARMEN M. LECHIN,**

did knowingly and unlawfully intimidate a flight crew member, namely, Samuel Oliver, serving on board an aircraft departing from Houston, Texas and destined for Bogota, Colombia, by creating a disturbance in flight through her abusive language and assaultive behavior and by her refusal to comply with the directions, instructions and warnings given to her by said flight crew member, thereby interfering with the performance of his duties and lessening his ability to perform his duties.

In violation of Title 49, United States Code, Section 46504.

## COUNT TWO

On or about June 6, 2013, in the special aircraft jurisdiction of the United States, and elsewhere, the defendant,

**CARMEN M. LECHIN,**

did assault another, namely Alex Lechin, on board an aircraft departing from Houston, Texas and destined for Bogota, Colombia.

In violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Section 113(a)(5).

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY
BY:
Heather Winter
Assistant United States Attorney